**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6496**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WAYNE MARK BROWN,

Defendant - Appellant.

_____

**No. 02-6543**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WAYNE MARK BROWN,

Defendant - Appellant.

_____

Appeals from the United States District Court for the District of
South Carolina, at Rock Hill.  Dennis W. Shedd, District Judge.
(CR-98-1126)

_____

Submitted:  May 30, 2002          Decided:  June 11, 2002

_____

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Wayne Mark Brown, Appellant Pro Se. Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Mark Wayne Brown appeals the district court's order denying his request for pre-trial, trial, and sentencing transcripts. Brown claims he should receive free access to the transcripts because he plans to raise claims of prosecutorial misconduct and ineffective assistance of counsel in a habeas proceeding filed pursuant to 28 U.S.C. § 2255 (West Supp. 2001). We find that Brown has not demonstrated an adequate need for the transcripts by merely providing the type of claims he plans to present in his habeas motion. See 28 U.S.C. § 753(f) (1994). Accordingly, the order of the district court is affirmed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED